IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT E. TAGLIALATELA, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BANK OF AMERICA, N.A., et al.** | : | **NO.  16-1319** |

## ORDER

AND NOW, this      day of April, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

        **BY THE COURT:**

        **/S/WENDY BEETLESTONE, J.**

        **WENDY BEETLESTONE, J.**